FILED

UNITED STATES COURT OF APPEALS

DEC 17 2015

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MANUEL DE JESUS ORTEGA MELENDRES; et al.,<br><br>        Plaintiffs - Appellees,<br><br>MICHAEL ZULLO,<br><br>        Movant - Appellant,<br><br> v.<br><br>MARICOPA COUNTY and JOSEPH M. ARPAIO,<br><br>        Defendants - Appellees. | No. 15-17269<br><br>D.C. No. 2:07-cv-02513-GMS<br>District of Arizona,<br>Phoenix<br><br><br>ORDER |

A review of the record suggests that this court may lack jurisdiction over the appeal because the order challenged in this appeal does not appear to be final or appealable. *See In re Nat'l Mortgage Equity Corp. Mortgage Pool Certifications Litig.*, 857 F.2d 1238, 1240 (9th Cir. 1988) (per curiam) (an order compelling discovery against a non-party is not appealable until after a final judgment).

Within 21 days after the date of this order, appellant shall move for voluntary dismissal of the appeal or show cause why it should not be dismissed for

MF/Pro Se

lack of jurisdiction. If appellant elects to show cause, a response may be filed within 10 days after service of the memorandum.

If appellant does not comply with this order, the Clerk shall dismiss this appeal pursuant to Ninth Circuit Rule 42-1.

Briefing and all pending motions are stayed pending further order of the court.

                                                  FOR THE COURT:

                                                  MOLLY C. DWYER
                                                  CLERK OF COURT


                                                  By: Monica Fernandez
                                                  Motions Attorney/Deputy Clerk