**FILED**

JUN 14 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MANUEL DE JESUS ORTEGA MELENDRES; et al., <br><br> Plaintiffs - Appellees, <br><br> MICHAEL ZULLO, <br><br> Movant - Appellant, <br><br> v. <br><br> MARICOPA COUNTY and JOSEPH M. ARPAIO, <br><br> Defendants - Appellees. | No. 15-17269 <br><br> D.C. No. 2:07-cv-02513-GMS District of Arizona, Phoenix <br><br><br> ORDER |

Before: O'SCANNLAIN, CLIFTON, and WATFORD, Circuit Judges.

We have reviewed the response and reply to this court's order to show cause why this appeal should not be dismissed for lack of jurisdiction. We conclude that we lack jurisdiction to review the district court's order. *See In re: Nat'l Mortgage Equity Corp. Mortgage Pool Certifications Litig.*, 857 F.2d 1238, 1240 (9th Cir. 1988) (per curiam). Accordingly, this appeal is dismissed.

The motion to expedite the appeal is denied as moot.

**DISMISSED.**

AS/MOATT